IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANA BRKIC, | CASE NO. 5:11-cv-04935 EJD |
| Plaintiff(s), | **ORDER STAYING CASE** |
| v. | |
| FACEBOOK, INC., | |
| Defendant(s). | |

Having related the above-entitled case to <u>Davis et. al. v. Faceboook, Inc.</u>, Case No. 5:11-cv-04834 EJD (<u>see</u> Docket Item No. 12), the court finds this action should be subject to a temporary stay for the same reasons identified in the Stipulation and Order filed November 9, 2011 (<u>see</u> Docket Item No. 19 in Davis).

Accordingly, this case is STAYED until either (1) thirty (30) days after the MDL Panel has issued a ruling on the currently pending motion for coordination or consolidation, or (2) March 30, 2012, whichever date occurs earlier. The parties may apply for an extension of this temporary stay should the circumstances so require.

**IT IS SO ORDERED.**

Dated: November 16, 2011

EDWARD J. DAVILA
United States District Judge